**UDOT**

v.

**COALT INC.**

20161062

Supreme Court of Utah.

04/03/2017

20150149, 382 P.3d 602

Petition for Writ of Certiorari Granted.

**STATE**

v.

**WILDER**

20160952

Supreme Court of Utah.

03/10/2017

20140416, 387 P.3d 512

Petition for Writ of Certiorari Granted.

**STATE**

v.

**GALLEGOS**

20160714

Supreme Court of Utah.

04/06/2017

20140571, 380 P.3d 44

Petition for Writ of Certiorari Granted.

**IN RE E.L.**

20170008

Supreme Court of Utah.

03/10/2017

20160999

Petition for Writ of Certiorari Granted.